UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, SOUTHERN
WEST PALM BEACH
www.flsb.uscourts.gov

CASE NO.: 09-37230-BKC-PGH
Chapter 7

In Re:

SELF, TIMOTHY RORY

Debtor(s).
_____/

## TRUSTEE'S REPORT OF ABANDONMENT

THE FOLLOWING ITEMS of property were abandoned by MICHAEL R. BAKST, Trustee in Bankruptcy herein, at the Sec. 341 Meeting of Creditors held on 01/14/10.

| Item Abandoned | Name of Lienholder |
|---|---|
| 1) 2125 10th Lane, Vero Beach, FL | Wells Fargo Home Mtg |
| 2) 1091 24th Place SW, Vero Beach, FL | Chase Manhattan Mortgage |
| 3) 1999 Acura Integra | N/A |
| 4) | |
| 5) | |

DATED:    01/14/10

_____
MICHAEL R. BAKST, TRUSTEE
PMB 702, 222 Lakeview Avenue, Suite 160
West Palm Beach FL 33401
(561) 838-4539